MATTER OF RAULIN

In Visa Petition Proceedings

NYC-N-30444

*Decided by Regional Commissioner October 1, 1970*

Beneficiary, who, during her employment for the past 2 years as Executive Secretary to the Vice President of a Paris subsidiary of the petitioner, maintained liaison with high government officials and presidents of companies doing business with the petitioning company, possesses "specialized knowledge" which qualifies her for classification as a nonimmigrant intracompany transferee under section 101(a)(15)(L) of the Immigration and Nationality Act, as amended.

This matter is before the Regional Commissioner on appeal from the decision of the District Director.

The petitioner is engaged in the manufacture, sale, distribution, utilization, maintenance and repair of electrical equipment of many types throughout the world. Among the types of electrical equipment manufactured and sold in international trade are computer appliance products and systems. The prospective beneficiary has been the Executive Secretary to Mr. A. E. Peltosalo, Vice President, International Information Systems Division, General Electric Company and was located in Paris where the General Electric Company through thirty subsidiary organizations merchandised its products in international trade. The duties of the prospective beneficiary in her employment in Paris required that she maintain liaison with high government officials and the presidents of companies who are the customers of the General Electric Company in a great many locations. She also provided, through consultations with Mr. Peltosalo, information concerning protocol matters with foreign customers; implementation for his decisions through memorandum; status reports on activities of his office; independent communication with customers and government officials to resolve problems and to develop information for him; supervision for the Vice President's office and she also responded to correspondence and inquiries which did not require his attention.

By a recent agreement between the General Electric Company and Honeywell, Inc., the General Electric Company sold, effective October 1, 1970, its subsidiary to which the prospective beneficiary has been assigned during the past two years. The General Electric Company, however, retained portions of the business activities and operations formally conducted by its Paris subsidiaries and in an announcement on September 24, 1970 advised that it intended to expand internationally its Information Processing Network Service which is now being developed in the United States. The many complicated international problems associated with these transitions are under the direct responsibility of Mr. H. W. Paige for whom the services of the beneficiary are desired. Prior to this time, such specialized knowledge as the beneficiary possesses was available through the General Electric Company's Paris subsidiary. Since this arrangement will no longer exist, it is essential to provide this same competence during the transition period by having the beneficiary work directly in support of the senior executive.

The duties of the prospective beneficiary in the position identified in this petition, for which she will be paid an annual salary of $11,000, will require her involvement and participation in the actual transfer of the Information Systems which are the subject of this agreement between the General Electric Company and Honeywell, Inc. It is estimated that this activity may extend over a period of up to three years. The continued operations and corporate technological resources activities of the remaining domestic and international information systems will be the second field of activity in which the prospective beneficiary will be of service to the senior Vice President. She will, from the knowledge and experience acquired from her prior employment in th international activities of her Paris employer, provide background knowledge and liaison information to the new Vice President in the areas of activity in which he is not familiar. She will also perform many of the activities which she previously conducted from her former Paris employer.

From all of the evidence on record including that submitted in connection with the appeal, it is concluded that the beneficiary possesses specialized knowledge which establishes her eligibility for the status requested by the petitioner.

*It is ordered* that this appeal be and the same is hereby sustained.

*It is further ordered* that this petition be and the same is hereby approved.